IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　Defendant. | CIVIL ACTION NO. 6:20-cv-740-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS ARISTA**

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Arista Networks, Inc. ("Arista") have resolved American's claims for relief against Arista asserted in this case.

NOW, THEREFORE, American and Arista, through their attorneys of record, request this Court to dismiss all claims asserted by American against Arista in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: December 8, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Zachariah S. Harrington*
　　　　　　　　　　　　　　　　　　　　Zachariah S. Harrington
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24057886
　　　　　　　　　　　　　　　　　　　　zac@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Matthew J. Antonelli
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24068432
　　　　　　　　　　　　　　　　　　　　matt@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Larry D. Thompson, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24051428
　　　　　　　　　　　　　　　　　　　　larry@ahtlawfirm.com

Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ *Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
T. 713.890.5000
F. 713.890.5001

Hersh H. Mehta*
Illinois Bar No. 6306586
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Eric S. Namrow
D.C. Bar No. 467235
eric.namrow@morganlewis.com

2

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-5296
F: (202) 739-3001

*Pro hac to be filed*

**Attorneys for Defendant,
Arista Networks, Inc.**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 8, 2020.

              */s/ Zachariah S. Harrington*
              Zachariah S. Harrington